Misty Perry Isaacson, CA SBN 193204
**PAGTER AND PERRY ISAACSON**
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, California 92701
Telephone: (714) 541-6072
Facsimile:  (714) 541-6897
Email: misty@ppilawyers.com

Attorneys for Creditor
Johannes Opperman

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>JOHN FRANKLIN KOHL, III and<br>FE PENAVERDE KOHL,<br><br>                                        Debtors, | Case No.: 8:23-bk-10097-MH<br><br>Chapter: 13<br><br>NOTICE OF WITHDRAWAL OF OBJECTION BY JOHANNES OPPERMAN TO DEBTORS' SECOND AMENDED PLAN FILED ON MARCH 7, 2023 [DOCKET NO. 26]<br><br><u>Confirmation Hearing</u><br>Date:   September 28, 2023<br>Time:  10:30 a.m.<br>Courtroom:  6C |

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, DEBTORS' COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

Johannes Opperman ("Opperman"), creditor in the above captioned matter, withdraws his objection to confirmation of the debtors, John Franklin Kohl, III and Fe Penaverde Kohl's Second Amended Chapter 13 Plan (the "Plan) filed on March 7, 2023 [Doc. No. 26].

Dated: March 16, 2023

PAGTER AND PERRY ISAACSON

/s/ Misty Perry Isaacson
By_____
Misty Perry Isaacson, Attorneys for
Creditor Johannes Opperman,

- 1 -

PPI Law
525 N. Cabrillo
Park Drive,
Suite 104
Santa Ana, CA
92701

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **525 N. Cabrillo Park Drive, Suite 104, Santa Ana, CA  92701**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF WITHDRAWAL OF OBJECTION BY JOHANNES OPPERMAN TO DEBTORS' SECOND AMENDED PLAN FILED ON MARCH 7, 2023 [DOCKET NO. 26]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **09/27/2023** , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Evan C Borges eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- Glenn R Bronson GRBronson@traskbritt.com, cawatters@traskbritt.com
- Amrane (SA) Cohen (TR) efile@ch13ac.com
- Theron S Covey tcovey@raslg.com, sferry@raslg.com
- Joseph C Delmotte ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com; jdelmotte@aldridgepite.com
- Sean C Ferry Sean.Ferry@padgettlawgroup.com, bkecf@padgettlawgroup.com; sean.ferry@ecf.courtdrive.com
- Richard G. Heston rheston@hestonlaw.com, yflores@hestonlaw.com, docs@hestonlaw.com; HestonRR41032@notify.bestcase.com, handhecf@gmail.com
- Claire-Lise Kutlay ckutlay@ggtriallaw.com, tpatton@ggtriallaw.com
- Joshua L Scheer jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
-  Valerie Smith claims@recoverycorp.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Fanny Zhang Wan fwan@raslg.com
- Reilly D Wilkinson rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) ____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/27/2023 | Misty Perry Isaacson | /s/ Misty Perry Isaacson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |